# In The United States Bankruptcy Court
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | CHAPTER 13 |
| SYMYRA M AND TONY B GILBERT | * | CASE NO.: 16-10363 |
| *Debtor.* | * | |
| | * | |
| SYMYRA M AND TONY B GILBERT | * | |
| *Movant,* | * | |
| | * | |
| vs. | * | |
| | * | |
| MATRIX FINANCIAL SERVICES CORPORATION | * | |
| *Respondent.* | * | |

## DEBTOR'S WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #15 OF MATRIX FINANCIAL SERVICES CORPORATION

NOW COMES SYMYRA M AND TONY B GILBERT, Debtor in the above-referenced Chapter 13 case, and respectfully withdraws their Objection to Proof of Claim filed by MATRIX FINANCIAL SERVICES CORPORATION.

Respectfully submitted this 8th day of August, 2016.

LEIDEN and LEIDEN

By: _____
Terrance P. Leiden
Ga. Bar No. 445800

330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

# In The United States Bankruptcy Court
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | CHAPTER 13 |
| SYMYRA M AND TONY B GILBERT | * | CASE NO.: 16-10363 |
| *Debtor.* | * | |
| | * | |
| SYMYRA M AND TONY B GILBERT | * | |
| *Movant,* | * | |
| | * | |
| vs. | * | |
| | * | |
| MATRIX FINANCIAL SERVICES CORPORATION | * | |
| *Respondent.* | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **DEBTORS WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #15 OF MATRIX FINANCIAL SERVICES CORPORATION** upon the following by depositing same in the United States Mail, addressed as follows, as set forth per claims register attached, with sufficient postage attached.

Matrix Financial Services Corporation
c/o Flagstar Bank
Attn: Officer / Agent
5151 Corporate Dr
Troy MI 48098

I hereby certify that I have served a copy of the within and foregoing **DEBTOR'S WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #15 OF MATRIX FINANCIAL SERVICES CORPORATION** upon the following via electronic filing:

Office of the Chapter 13 Trustee

DATED this ____ day of _____August_____, 2016.

LEIDEN and LEIDEN

By: _____
Amy Tomlinson

330 Telfair Street
Augusta, Georgia 30901
706-724-8548
courtinfo@leidenandleiden.com